UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MALCOLM VERNELL BLACKWELL, ) <br> ) <br> Defendant. ) | 2:12-CR-036-GMN (PAL) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on April 3, 2012, defendant MALCOLM VERNELL BLACKWELL pled guilty to a Three-Count Superseding Criminal Indictment charging him in Counts One through Three with Prohibited Person in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(9).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment and the offenses to which defendant MALCOLM VERNELL BLACKWELL pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    1.    Norinco SKS rifle, serial number 21019718;

    2.    CZ Model 83, .380 caliber handgun, serial number A7272; and

    3.    any and all ammunition ("property").

1   This Court finds the United States of America is now entitled to, and should, reduce the
2   aforementioned property to the possession of the United States of America.
3   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4   United States of America should seize the aforementioned property.
5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6   MALCOLM VERNELL BLACKWELL in the aforementioned property is forfeited and is vested
7   in the United States of America and shall be safely held by the United States of America until further
8   order of the Court.
9   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
13  the name and contact information for the government attorney to be served with the petition,
14  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19  following address at the time of filing:
20      Michael A. Humphreys
        Assistant United States Attorney
21      Daniel D. Hollingsworth
        Assistant United States Attorney
22      Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
23      Las Vegas, Nevada 89101.
24  . . .
25  . . .
26  . . .

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.

5   DATED this __3__ day of __April__, 2012.

_____
UNITED STATES DISTRICT JUDGE