

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )
                                 )
      v.                         )    2:12-CR-036-GMN-(PAL)
                                 )
MALCOLM VERNELL                  )
BLACKWELL,                       )
                                 )
              Defendant.         )

**FINAL ORDER OF FORFEITURE**

On April 9, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MALCOLM VERNELL BLACKWELL to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant MALCOLM VERNELL BLACKWELL pled guilty. Superseding Criminal Indictment, ECF No. 7; Minutes of Change of Plea Proceedings, ECF No. 26; Preliminary Order of Forfeiture, ECF No. 25.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 11, 2012, through May 10, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 27.

1  This Court finds no petitions were filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United
7  States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title
8  18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title
9  21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

10      a)    Norinco SKS rifle, serial number 21019718;
11      b)    CZ Model 83, .380 caliber handgun, serial number A7272; and
12      c)    any and all ammunition.

13  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
14  certified copies to the United States Attorney's Office.

15  DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

2